UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RACHVES ESTATES, LLC,

        Plaintiff,                                     22 Civ. 3751 (AEK)

    -against-                                  **ORDER**

DURABUILT HOMES, LLC,

        Defendant.

------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court has been informed that the parties have reached a settlement in principle in this matter.  ECF No. 31.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within forty-five (45) days of this Order.  Any application to reopen that is filed after forty-five (45) days from the date of this Order may be denied solely on that basis.

Dated:  March 24, 2023
           White Plains, New York

                                                            _____
                                                             ANDREW E. KRAUSE
                                                             United States Magistrate Judge