UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RACHVES ESTATES, LLC,

                Plaintiff,                **SCHEDULING ORDER**

     -against-                      22-cv-3751 (AEK)

DURABUILT HOMES, LLC,

                Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       Currently before the Court is a motion to withdraw as counsel filed by counsel of record for Defendant Durabuilt Homes, LLC ("Durabuilt"). *See* ECF No. 37. To address the issues raised in the motion to withdraw, an in-person conference is hereby scheduled for **Friday, June 2, 2023 at 3:00 p.m.** in Courtroom 250 at the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York. A representative of Durabuilt with knowledge of the issues in this case is hereby directed to appear in person at the conference. **Failure to appear at the conference may result in the imposition of sanctions, including payment of the attorney's fees for all counsel appearing at the conference**. Durabuilt is advised that corporate entities may not appear *pro se*. *See, e.g.*, *Omega Consulting v. Farrington Mfg. Co.*, 604 F. Supp. 2d 684 (S.D.N.Y. 2009) ("Federal law . . . is clear that a company may not appear *pro se* but rather must be represented by counsel."). Accordingly, if the motion to withdraw is granted, Durabuilt will be required to retain new counsel, or else face the possibility of a default judgment being entered against it.

Counsel for Durabuilt is directed to promptly serve a copy of this Order on Durabuilt (via CEO Jon Stouffer) by U.S. Mail and email, and must file proof of service on the docket by no later than May 30, 2023.

Dated: May 24, 2023
       White Plains, New York

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge