UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RACHVES ESTATES, LLC,

                Plaintiff,　　　　　　　　　　22 Civ. 3751 (AEK)

                -against-　　　　　　　　　　**DEFAULT JUDGMENT**

DURABUILT HOMES, LLC,

                Defendant.
-----------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This action having been commenced on May 9, 2022 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Defendant Durabuilt Homes, LLC on May 18, 2022 and May 20, 2022 pursuant to New York Limited Liability Company Law Section 304 as a foreign LLC, and Defendant having filed an Answer on October 12, 2022, and thereafter Defendant having defaulted in appearing pursuant to an order of this Court dated June 2, 2023 granting the Motion to Withdraw as Counsel by Defendant's counsel and ordering Defendant to appear by counsel no later than June 16, 2023, and upon Defendant's default in appearance the Court having been presented with an Order to Show Cause seeking the entry of a default judgment together with supporting evidence, and upon due consideration the Court has granted the entry of a default judgment, it is

      ORDERED, ADJUDGED, AND DECREED: That the Clerk of Court shall enter judgment in favor of Plaintiff Rachves Estates, LLC as against Defendant Durabuilt Homes, LLC as follows:

(1) on the first claim for breach of contract in the amount of **$66,024.68**, plus pre-judgment interest at the rate of 9 percent per annum calculated from February 25, 2022 through the date of judgment;

(2) on the second claim for breach of contract in the amount of **$369,166.23**; and

(3) post-judgment on the total amount of the judgment, calculated in accordance with 28 U.S.C. § 1961.

Dated: July 27, 2023
      White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge